FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 12 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JOSEPH TAYLOR,<br><br>Defendant. | CRIMINAL NO. 14-2778 RB<br><br>18 U.S.C. §§ 1201(a)(1) and (d):<br>Kidnapping. |

## INDICTMENT

The Grand Jury Charges:

From on or about June 18, 2014, and continuing to on or about June 19, 2014, in Doña Ana, in the District of New Mexico, and elsewhere, the defendant, **WILLIAM JOSEPH TAYLOR**, did unlawfully and knowingly seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and did attempt to unlawfully and knowingly seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise Jane Doe, who was willfully transported in interstate commerce from Texas to New Mexico, and who **WILLIAM JOSEPH TAYLOR** willfully attempted to transport from New Mexico to Arizona and California.

In violation of 18 U.S.C. §§ 1201(a)(1) and (d).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

8/8/2014 7:41 PM