FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 NOV 12 PM 12: 33

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. <u>14-2778 KG</u> |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1201(a)(1) and |
| ) | (d): Kidnapping and Attempted |
| **WILLIAM JOSEPH TAYLOR,** ) | Kidnapping; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 2261(a)(1) and |
| ) | (b)(5): Interstate Domestic Violence. |

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury Charges:

### Count 1

From on or about June 18, 2014, and continuing to on or about June 19, 2014, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **WILLIAM JOSEPH TAYLOR**, did unlawfully and knowingly seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and did attempt to unlawfully and knowingly seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise Jane Doe, whom he willfully transported in interstate commerce from Texas to New Mexico, and willfully attempted to transport from New Mexico to Arizona and California.

In violation of 18 U.S.C. §§ 1201(a)(1) and (d).

### Count 2

From on or about June 6, 2014, to on or about June 19, 2014, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **WILLIAM JOSEPH TAYLOR**, acting with intent to injure, harass, and intimidate a dating partner, Jane Doe, traveled in interstate

commerce and in the course of or as a result of such travel, committed and attempted to commit a crime of violence, namely assault, against Jane Doe.

In violation of 18 U.S.C. §§ 2261(a)(1) and (b)(5).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Randy Castillo
Assistant United States Attorney
BCW
11/7/2014 2:28 PM