IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-cr-02778-KG |
| vs. ) | |
| ) | |
| WILLIAM JOSEPH TAYLOR, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING DEFENDANT'S AMENDED
SECOND MOTION TO RECONSIDER ORDER OF
DETENTION AND SET CONDITIONS OF RELEASE**

THIS MATTER came before the Court on Defendant's Amended Second Motion to Reconsider Order of Detention and Set Conditions of Release (Defendant's Amended Second Motion), filed December 1, 2014.  (Doc. 80).  On December 15, 2014, the United States filed a response in opposition.  (Doc. 92).  On December 17, 2014, the Court held a hearing on the matter.  Present at the hearing were Assistant United States Attorney, Marisa A. Lizarraga, Assistant United States Attorney, Randy Castellano, Defendant William Joseph Taylor, and counsel for Defendant, Dennis Candelaria and Barbara Mandel.

During the December 17, 2014, hearing, the Court heard arguments from both parties, and reviewed the relevant provisions of 18 U.S.C. § 3142(g).  The Court also reviewed thirteen exhibits tendered by the United States which depict bruising on the victim alleged to have been inflicted by Defendant.  For the reasons stated on the record, the Court finds by clear and convincing evidence that Defendant is a danger to the community and by preponderance that his appearance cannot be reasonably assured for trial.  Thus, there is no combination of conditions

that can protect the public and assure Defendant's presence at trial.    Accordingly, the Court denies Amended Second Motion to Reconsider Order of Detention and Set Conditions of Release.

       IT IS THEREFORE ORDERED that Defendant is detained pending resolution of this case.

_____
UNITED STATES DISTRICT JUDGE